IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**EDWARD JONES**                                                                      **PLAINTIFF**

**v.**                        **CASE NO: 2:18-CV-00018 BSM**

**CLARENCE JONES, et al.**                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 31st day of January 2018.

_____
UNITED STATES DISTRICT JUDGE